UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA


          v.                                    ORDER
                                              10-CR-351

ANTHONY IGHODARO,
                Defendant.

_____


      This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b)(1). On May 30, 2011, defendant filed a motion to suppress physical evidence and statements. On July 5, 2012, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendant's motion be denied.

      Plaintiff filed objections to the Report and Recommendation on August 6, 2012, the government filed a response on August 21, 2012, and defendant filed a reply to the government's response on October 16, 2012. Oral argument on the objections was held on October 29, 2012.

      Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made. Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions and hearing argument

from the parties, the Court adopts the proposed findings of the Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendant's motion to suppress physical evidence and statements is denied.

A meeting to set a trial date is scheduled for November 1, 2012 at 1:00 p.m.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: October 30, 2012